UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 16073
  MARTIN CASAS SANDOVAL
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-3670
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/04/07 and confirmed on 11/16/07.

2. The case was dismissed after confirmation, 10/17/2008.

3. The Debtor paid a total of $ 32348.19 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ACCREDITED HOME LENDERS | CURRENT MORTG | 24969.86 | .00 | 24969.86 |
| ACCREDITED HOME LENDERS | MORTGAGE ARRE | 24945.78 | .00 | 1543.35 |
| DRIVE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTORS | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| THE BUREAUS | UNSECURED | NOT FILED | .00 | .00 |
| VAN RU CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| AT&T WIRELESS | UNSECURED | 179.25 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 49915.64 | .00 | 179.25 | .00 | 50094.89 |
| PRINCIPAL PAID | 26513.21 | .00 | .00 | .00 | 26513.21 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 26513.21 | .00 | .00 | .00 | 26513.21 |

The Debtor's attorney, JEFFREY D THAV                , was allowed $   3500.00 and was paid $    540.00  direct and $   2960.00  through the plan.

The Trustee received $   1674.98 .

Refunds to the Debtor totaled $   1200.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 01/20/09                    /s/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE
```